UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHUL SEHGAL, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>Defendants. | Case No. 8:26-cv-00136-KES<br><br>[~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT |

1

Having read and considered the Joint Stipulation to Extend Defendants' Deadline to Respond to Plaintiffs' Complaint, the Declaration of K. Alejandra Andrade, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendants' deadline to respond to Plaintiffs' Complaint shall be extended to and including May 4, 2026.

Dated: April 27, 2026

_____
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

Presented by:

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

   /s/ K. Alejandra Andrade
K. ALEJANDRA ANDRADE
Special Assistant United States Attorney

Attorneys for Defendants

2