FREDRICK WILLIAM VOIGTMANN (Ca. Bar. No.276712)
Law Office of Fred Voigtmann PC
21700 Oxnard St. Suite 730
Woodland Hills, CA 91367
Telephone: (818) 887-7839
E-mail: fred@igvlaw.com
Attorney for Plaintiffs

Attorney for Plaintiffs

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
K. ALEJANDRA ANDRADE[1]
Special Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 700-1261
        E-mail: Karla.Andrade@usdoj.gov

Attorneys for Defendants

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHUL SEHGAL, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MARKWAYNE MULLIN, ET AL., <br><br> Defendants. | Case No. 8:26-cv-00136-KES <br><br><br> Hon. Karen E. Scott <br> United States Magistrate Judge |

**~~PROPOSED~~ ORDER**

The Court, having considered Parties' Stipulated Motion to Dismiss this action as moot, and finding good cause therefor, hereby ORDERS that such Motion is GRANTED and the action is DISMISSED.


Date: <u>May 5, 2026</u>    _____

Hon. Karen E. Scott
United States Magistrate Judge

-1-